UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60403-CIV-MARTINEZ-BROWN

ALFRED L. MADEIRA,
    Plaintiff,

vs.

SEAN HEALY and SHALESE HEALY,
    Defendants.
_____/

RANDALL WAGNER and JOHN JARBOE
    Intervening Plaintiffs,

v.

SEAN HEALY and SHALESE HEALY,
    Defendants.
_____/

DAVID E. RICKER
    Intervening Plaintiff,

v.

SEAN HEALY AND SHALESE HEALY,
    Defendants.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon *sua sponte* review of the record. On August 27, 2009, this Court entered its Order Granting Withdrawal of Counsel and Requiring Defendants to File Notice (D.E. No. 117). In this Order, the Court allowed Defendants' counsel to withdraw and required Defendants to retain new counsel and have new counsel file a Notice of Appearance or to file a Notice of Intent to Proceed Pro Se on or before September 14, 2009.

Defendants have failed to comply with this Order and no Notice of Appearance of Notice of Intent to Proceed Pro Se has been filed. Therefore, it is:

**ORDERED AND ADJUDGED** that

1. Plaintiffs shall submit a Motion for Default Final Judgment **no later than October 16, 2009**, that includes affidavits of the amount due by Defendant and any other supporting documentation necessary to determine the measure of damages. Plaintiffs shall send a copy of the motion to Defendants' counsel or to Defendants, if Defendants do not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent.

2. A Plaintiff's failure to file for the Motion for Entry of Default Final Judgment within the specified time will result in a **dismissal** without prejudice of that Plaintiff's claims.

DONE AND ORDERED in Chambers at Miami, Florida, this __1__ day of October, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record
Shawn and Shalese Healy
2672 Riviera Manor
Weston, FL 33332